**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   E. K. WADE,                              No. C-06-2596 MMC

12            Plaintiff,                       **ORDER OF REFERRAL**

13       v.

14   SOCIAL SECURITY ADMINISTRATION,

15            Defendants
     _____/

16

17       The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

18   District Judge Saundra Brown Armstrong for consideration of whether the case is related to

19   Wade v. Social Security Administration, C-05-5086 SBA.

20       **IT IS SO ORDERED.**

21

22   Dated: April 20, 2006

23                                             MAXINE M. CHESNEY
                                               United States District Judge

24
25
26
27
28